Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12–16496–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen A. Hogg
75 Farmhouse Rd
Sicklerville, NJ 08081

Ellen B. Hogg
75 Farmhouse Rd
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–7053

xxx–xx–5379

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 20, 2017</u>        <u>Jerrold N. Poslusny Jr.</u>
                                    Judge, United States Bankruptcy Court